JDL:NR
F.# 2014R00053/OCDETF #NYNYE702

**CR 14- 00035**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

CARLTON ETTLINGER, MARK PETROZELLA
and GREG SADOWSKY,

            Defendants.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C.,
§ 853(p); T. 18, U.S.C.,
§§ 982(a), 1956(h) and 3551
et seq.)

THE GRAND JURY CHARGES:

MONEY LAUNDERING CONSPIRACY

    1. On or about and between December 2, 2010 and August 24, 2011, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants CARLTON ETTLINGER, MARK PETROZELLA and GREG SADOWSKY, together with others, did knowingly and intentionally conspire to conduct financial transactions in and affecting interstate and foreign commerce, to wit: the transfer and delivery of United States currency, which transactions in fact involved the proceeds of specified unlawful activity, to wit: narcotics trafficking, in violation of Title 21, United States Code, Sections 841(a)(1), 846, 952(a), 960(a)(1) and 963, knowing that the property involved in the transactions

represented the proceeds of some form of unlawful activity, and knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of the specified unlawful activity, contrary to Title 18, United States Code, Section 1956(a)(1)(B)(i).

(Title 18, United States Code, Sections 1956(h) and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendants that, upon their conviction of the above-charged offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982(a), of all property involved in such offense of conviction in violation of Title 18, United States Code, Section 1956(h), and all property traceable to such property.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

  (Title 18, United States Code, Section 982(a); Title 21, United States Code, Section 853(p))

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

3

F#2012R01807/OCEDTF # NYNYE702
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

CARLTON ETTLINGER, MARK PETROZELLA and GREG SADOWSKY,

Defendants.

# INDICTMENT

(T. 18, U.S.C., §§ 982(a), 982(b), 1956(h),
and 3551 et seq.; T. 21, U.S.C.,§ 853(p))

_A true bill._

_____
Foreman

Filed in open court this _____ day, of _____ A.D. 20 ___

_____
Clerk

Bail, $ _____

Nathan Reilly, Assistant U.S. Attorney (718-254-6196)